UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

FILED IN OPEN COURT
ON 9|18|19 STS
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

NO. 2:19-CR-18-1D (4)
NO. 2:19-CR-18-2D (4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| KADARIUS WILLIAMS ) | |
| BARRINGTON STRAUCHN, JR. ) | |
| a/k/a "BustaCap Strauchn" ) | |

The Grand Jury charges that:

## COUNT ONE

From on or about March 31, 2018, and continuing until on or about June 5, 2018, within the Eastern District of North Carolina and elsewhere, KADARIUS WILLIAMS and BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," the defendants herein, and others known and unknown to the Grand Jury, did knowingly and unlawfully combine, conspire, agree, and confederate with each other to commit offenses against the United States, that is, to knowingly and willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

**Object of the Conspiracy**

The object of the conspiracy was for KADARIUS WILLIAMS to obtain firearms and then transfer them to BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," who would reimburse KADARIUS WILLIAMS for the purchase, as well as compensate him for conducting the transaction.

## Manner and Means of the Conspiracy

1. KADARIUS WILLIAMS, a resident of the Eastern District of North Carolina, obtained a North Carolina Concealed Handgun Permit, in part, to purchase firearms in North Carolina.

2. KADARIUS WILLIAMS went to Federal Firearms Licensees (FFL) in the Eastern District of North Carolina to purchase firearms for BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn."

3. After purchasing the firearms, BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," would reimburse KADARIUS WILLIAMS, and then pay him $150-$250 for completing the transaction.

4. KADARIUS WILLIAMS would then transfer the firearms to BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn."

## Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants and others, known and unknown to the Grand Jury, did commit, among others, the following overt acts:

1. On or about March 31, 2018, KADARIUS WILLIAMS, purchased one Taurus PT145 .45 caliber pistol at the request of BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," and then transferred the firearm to BARRINGTON STRAUCHN, JR.

2. On or about May 23, 2018, KADARIUS WILLIAMS, purchased ONE Jennings 59 9mm pistol and one Bryco 59 9 mm pistol at the request of

BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," and then transferred the firearms to BARRINGTON STRAUCHN, JR.

3. On or about May 25, 2018, KADARIUS WILLIAMS, purchased one Phoenix Arms HP25 .25 caliber pistol; one Phoenix Arms HP22A .22LR pistol; and one SKS 7.62x39 rifle at the request of BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," and then transferred the firearms to BARRINGTON STRAUCHN, JR.

4. On or about May 26, 2018, KADARIUS WILLIAMS, purchased one Ruger EC95 9mm pistol; one Ruger Security 9 9mm pistol; and one Baretta Nano 9mm pistol at the request of BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," and then transferred the firearms to BARRINGTON STRAUCHN, JR..

5. On or about May 29, 2018, KADARIUS WILLIAMS, purchased one Taurus 709 9mm pistol at the request of BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," and then transferred the firearm to BARRINGTON STRAUCHN, JR.

6. On or about June 5, 2018, KADARIUS WILLIAMS, purchased one Taurus PT111 9mm pistol; one Phoenix Arms HP25 .25 caliber pistol; and one Taurus PT 111 9mm pistol, at the request of BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," and then transferred the firearms to BARRINGTON STRAUCHN, JR..

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

From on or about March 31, 2018, and continuing until on or about June 5, 2018, within the Eastern District of North Carolina, and elsewhere, KADARIUS WILLIAMS, the defendant herein, willfully engaged in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

## COUNTS THREE THROUGH TEN

On or about the dates hereinafter set forth, within the Eastern District of North Carolina, KADARIUS WILLIAMS, knowingly made false material statements with respect to the information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of a person licensed under the same chapter, to wit: KADARIUS WILLIAMS, willfully made false statements to a federally licensed dealer, in connection with the acquisition of firearms, in that he stated on Bureau of Alcohol, Tobacco, and Firearms Form 4473, that he purchased the firearms for his own use as the true owner, which statement was false because, in truth and fact, he purchased the firearms for another person. The allegations in this paragraph are repeated and re-alleged in each of the following Counts THREE THROUGH ~~FIFTEEN~~ TEN [initialed BT] of this Indictment, as though fully set fourth therein:

| Count | On or About | Licensed Firearms Dealer | Firearm |
|---|---|---|---|
| THREE | March 31, 2018 | RTC Enterprises, Inc., d/b/a Chauncey's, Elizabeth City, NC | One Taurus PT 145 .45 caliber pistol |
| FOUR | May 23, 2018 | 1 Shot Firearms, Elizabeth City, NC | One Jennings 59 9mm pistol and |

4

| | | | One Bryco 59 9mm pistol |
|---|---|---|---|
| FIVE | May 25, 2018 | 1 Shot Firearms, Elizabeth City, NC | One Phoenix Arms HP 25 .25 caliber pistol |
| SIX | May 25, 2018, at time and place different than alleged in Count Five of the Indictment | Tams, Inc., d/b/a Tamz Guns & Ammo, Ahoskie, NC | One Phoenix Arms HP22A .22LR pistol |
| SEVEN | May 26, 2018 | RTC Enterprises, Inc., d/b/a Chauncey's, Elizabeth City, NC | One Ruger EC95 9mm pistol; One Ruger Security 9 9mm pistol; and One Baretta Nano 9mm pistol |
| EIGHT | May 29, 2018 | Elizabeth City Pawn & Jewelry, Elizabeth City, NC | One Taurus 709 9mm pistol; and One Taurus G2C 9mm pistol |
| NINE | June 5, 2018 | RTC Enterprises, Inc., d/b/a Chauncey's, Elizabeth City, NC | One Taurus PT111 9mm pistol and One Phoenix Arms HP25 .25 caliber pistol |
| TEN | June 5, 2018, at a time and place different than alleged in Count Nine of the Indictment | 1 Shot Firearms, Elizabeth City, NC | One Taurus PT111 9mm pistol |

Each of the above counts constituting a separate violation of Title 18, United States Code, Sections 922(a)(6) and 924.

### COUNT ELEVEN

From on or about March 31, 2018, and continuing until on or about June 5, 2018, in the Eastern District of North Carolina, KADARIUS WILLIAMS, the defendant herein, knowingly disposed of firearms to Barring Strauchn, Jr., a/k/a

5

"BustaCap Strauchn," knowing and having reasonable cause to believe that Barrington Strauchn, Jr., a/k/a "BustaCap Strauchn," had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT TWELVE

From a time unknown until on or about September 29, 2018, BARRINGTON STRAUCHN, JR., a/k/a "BustaCap Strauchn," the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[Remainder of page left intentionally blank]

## FORFEITURE NOTICE

Each defendant is hereby given notice that all of the defendants' interest in all property specified herein is subject to forfeiture.

Upon conviction of any of the offenses set forth in Counts Three through Ten or Count Twelve of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the said offense.

Upon conviction of any of the offenses set forth in Counts One, Two, or Eleven of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a willful commission of the said offense.

The forfeitable property includes, but is not limited to, the following:

(a) Any and all ammunition seized.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

Case 2:19-cr-00018-D   Document 1   Filed 09/18/19   Page 7 of 8

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:
REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

9/17/19
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: ROBERT J. DODSON
Assistant United States Attorney
Criminal Division